IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02088-BNB

JESUS RODRIGUEZ,

    Plaintiff,

v.

EL PASO COUNTY SHERIFF'S C.J.C.,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 15 2009

GREGORY C. LANGHAM
                 CLERK

ORDER OF DISMISSAL

When Plaintiff Jesus Rodriguez initiated the instant Prisoner Complaint, on August 26, 2009, he was in the custody of the Colorado Department of Corrections and was incarcerated at the Denver Reception and Diagnostic Center in Denver, Colorado. Upon review of the merits of the Complaint, Magistrate Judge Boyd N. Boland entered an order, on October 9, 2009, directing Plaintiff to file an Amended Prisoner Complaint. Plaintiff specifically was instructed to amend the Complaint and assert personal participation by each named Defendant. Plaintiff also was instructed to state what each named Defendant did to him, when they did it, how their action harmed him, and what specific legal right they violated. *See Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007).

On October 29, 2009, Plaintiff sent a Notice of Change of Address. Magistrate Judge Boland entered a minute order on October 30, 2009, directing the Clerk of the Court to send the October 9, 2009, Order to Plaintiff at the new address and allowing Plaintiff an additional thirty days to file an Amended Prisoner Complaint. Nonetheless,

Plaintiff now has failed to communicate with the Court, and as a result he has failed to comply with Magistrate Judge Boland's October 30, 2009, Minute Order directing Plaintiff to file an Amended Prisoner Complaint within thirty days.

Upon review of the Prisoner Complaint, the Court finds that Magistrate Judge Boland correctly determined that the Complaint is deficient and that Plaintiff is required to amend the Complaint in keeping with *Nasious*. Therefore, the action will be dismissed for failure to amend and to prosecute. Accordingly, it is

ORDERED that the Prisoner Complaint and action are dismissed without prejudice for failure to file an Amended Complaint and for failure to prosecute.

DATED at Denver, Colorado, this 15 day of December, 2009.

BY THE COURT:

ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02088-BNB

Jesus Rodriguez
Prisoner No. 146044
Criminal Justice Center
2739 E. Las Vegas St.
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on _12/15/09_

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk